# Court of Appeals, State of Michigan

## ORDER

People of MI v William Keith Haygood

Docket No.    320467

LC No.    13-008659-FC

Kathleen Jansen
Presiding Judge

David H. Sawyer

Karen M. Fort Hood
Judges

The Court orders that the opinion issued in this case is hereby AMENDED to correct a clerical error. The opinion is corrected to read June 16, 2015 as the date of the opinion.

In all other respects, the opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUN 29 2015
_____
Date

_____
Chief Clerk